NUMBER
13-02-319-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

DAVID AND KAREN WILLIAMSON,                                       Appellants,

 

                                                   v.

 

NAOMI RUTH ABERNATHY, ET AL.,                                       Appellees.

____________________________________________________________________

 

                         On
appeal from the 28th District Court

                                  of
Nueces County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                     Before
Justices Dorsey, Hinojosa, and Yañez

                                       Opinion
Per Curiam

 

Appellants, DAVID AND KAREN WILLIAMSON, attempted to
perfect an appeal from an order entered by the 28th District
Court of Nueces County, Texas, in cause no. 01-00333-00-0-A.  The clerk=s record was received on July 8, 2002.  








Upon review of the clerk=s record, it appeared
that the order from which this appeal was taken was not a final appealable
order.  Pursuant to Tex. R. App. P. 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it
could be done.  Appellants were advised
that, if the defect was not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed for want of jurisdiction.  On July 16, 2002, appellants filed a motion
requesting until August 18, 2002, to respond to this Court=s notice.  To date, appellants have failed to file a
response as requested by this Court=s notice. 

The Court, having considered the documents on file and appellants= failure to respond to
this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 24th
day of October, 2002.